Veronika Fabian, State Bar 018770
Hyung S. Choi, State Bar 015669
CHOI & FABIAN, PLC
90 S. Kyrene Rd., Suite #5
Chandler, Arizona  85226
tel:  (480) 517-1400
fax: (480) 517-6955
hyung@choiandfabian.com
veronika@choiandfabian.com
 Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Carroll, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT FOR DAMAGES** |
| First Advantage Background Services Corp., | |
| Defendant. | |

## INTRODUCTION

1.     Defendant First Advantage Background Services Corp. ("First Advantage")

improperly reported public records on Plaintiff Nancy Carroll's ("Nancy")

Pre-Employment Security Screening.  As a result, Nancy lost her job

opportunity, suffered financial and emotional distress, and was publicly

humiliated.  Nancy brings this action to remedy First Advantage's violations

of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq*. ("FCRA") and

Arizona's companion Fair Credit Reporting Act, A.R.S. § 44-1691, *et seq*.

("AzFCRA").

## JURISDICTION AND VENUE

2.    This Court possesses original jurisdiction over this matter pursuant to 28

U.S.C. § 1331 and 15 U.S.C. §1681(p) as Nancy brings claims arising under

the FCRA.

3.    This Court also possesses supplemental jurisdiction over the asserted state

law claim pursuant to 28 U.S.C. § 1367.

4.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the acts

that give rise to this action occurred, in substantial part, in this District.

5.    Venue is also proper in this District since the Defendant can be found in, has

agents in, and/or transacts business in this District.

## PARTIES

6.    Nancy is a natural person residing in Maricopa County, Arizona.

7.    Nancy is a consumer as defined in the FCRA, 15 U.S.C. § 1681a(c).

8.    Nancy also is a consumer as defined in the AzFCRA, A.R.S. § 44-1691(1).

9.    First Advantage is a Delaware corporation licensed to do business in the State

of Arizona.

10.   First Advantage's headquarter is located at 140 Fountain Parkway, Suite 410,

St. Petersburg, FL 33716.

11.     First Advantage's statutory agent in Arizona is Corporation Service Company, 2338 W. Royal Palm Road, Suite J, Phoenix, AZ 85021.

12.     First Advantage is a consumer reporting agency ("CRA"), as defined in the FCRA, 15 U.S.C. § 1581a(f).

13.     First Advantage also is a consumer reporting agency, as defined in the AzFCRA, A.R.S. § 44-1691(2).

14.     First Advantage regularly engages in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in the FCRA, 15 U.S.C. § 1681a(d), to third parties.

15.     First Advantage also regularly engages in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in the AzFCRA, A.R.S. § 44-1691(3), to third parties.

**FACTUAL ALLEGATIONS**

**First Advantage**

16.     First Advantage is a subsidiary entity of Symphony Technology Group, a private equity firm.

17.     On December 23, 2010, Symphony Technology Group acquired First Advantage for $265M from CoreLogic.

3

18.    Currently, First Advantage provides over nine million employment

background verifications annually to corporations worldwide.  See

http://www.fadv.com/screening-and-assessment/employment-background-

screening/.

19.    A part of the employment background verification service provided by First

Advantage is "federal, state and county criminal searches."  *Id.*

20.    First Advantage also maintains "NationScan Database – This database

includes more than 200 million criminal records from 42 states,

supplementing other criminal record checks to help improve the effectiveness

of [the] screening program." *Id.*

21.    Under the FCRA, when First Advantage furnishes a consumer report for

employment purposes containing public record information that is likely to

have an adverse effect upon a consumer's ability to obtain employment, First

Advantage must contemporaneously notify the consumer of the fact that such

information is being reported, together with the name and address of the

person who received the information.  15 U.S.C. § 1681k(a)(1).

22.    Alternatively, First Advantage is required to maintain strict procedures

designed to insure that the information was complete and up to date.  15

U.S.C. § 1681k(a)(2).

4

23. First Advantage is also required to follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates.  15 U.S.C. § 1681e(a).

24. Finally, First Advantage is required to conduct a reasonable investigation of a dispute submitted by a consumer.  15 U.S.C. § 1681k.

## Nancy Carroll

25. Nancy is 56 years old.

26. Nancy worked as a paralegal.

27. In 2009, Nancy helped an elderly next door neighbor of 8 years whom she believed was being forced into a care home by the neighbor's children.

28. A dispute arose between Nancy and the neighbor's children.

29. The family members filed for harassment injunction which was quashed by a judicial officer following a hearing on July 28, 2009.

30. Adult Protective Services investigated both the neighbor's children and Nancy and determined that no abuse or exploitation had occurred.

31. Nevertheless, the neighbor's children persisted in legally pursuing Nancy.

32. In 2010, Nancy was over-charged with the following in *State v. Carroll*, Maricopa County Case No. CR2010-006483:

Count 1: Theft from Vulnerable Adult, A Class 5 Felony
Count 2: Vulnerable Adult Abuse, A Class 4 Felony
Count 3: Theft of Means of Transportation, A Class 3 Felony

5

(Exhibit A: Indictment in *State v. Carroll*, Maricopa County Case No. CR2010-006483).

33. In 2011, *State v. Carroll* was concluded with the following case dispositions:

Count 1: Dismissed by Prosecution Motion
Count 2: Pled Guilty to Reduced Charge of Endangerment (M1)
Count 3: Dismissed by Prosecution Motion

(Exhibit B: printout of the Maricopa County Superior Court's case history website).

34. The reduced charge of endangerment was due to the fact that Nancy at one time allowed her neighbor to hide in the trunk of Nancy's car while Nancy drove a block to get away from the neighbor's daughter-in-law.

## **First Advantage's False Reporting of the Criminal Case**

35. In August of 2012, Nancy was hired by CVS Caremark ("CVS") as a temporary contractor.

36. At that time, Nancy went through an extensive background check.

37. Nancy also informed CVS that she had pled guilty to a class 1 misdemeanor charge of endangerment.

38. CVS employed Nancy for five months as a temporary contractor.

39. She began working in September of 2012.

40. Nancy's contract was set to expire on January 31, 2013.

41.   Nancy performed well at CVS and her supervisor provided a superior reference for any potential internal openings upon the completion of her contract expiration.

42.   In January of 2013, Nancy interviewed for a permanent position as an account manager with CVS.

43.   Nancy received favorable reports following the interview and expected to receive a permanent position offer from CVS.

44.   On February 13, 2013, CVS formally offered Nancy a permanent position as an "Associate Account Manager" with her employment to commence on February 25, 2013.  (Exhibit C: Offer letter).

45.   Nancy thereafter stopped pursuing other employment opportunities such as a 18-month temporary contract paralegal position with Intel.

46.   Nancy completed initial telephone interview with 2 attorneys for Intel's legal department and was about to engage in second phase of interviews.

47.   However, because Nancy was expecting a permanent position with CVS, Nancy stopped pursuing the temporary contract paralegal position with Intel.

48.   On February 14, 2013, CVS ordered a "Pre-Employment/Security Screening" of Nancy through First Advantage.

49.   On February 20, 2013, First Advantage completed its criminal background screening.

50.     Between February 20, 2013 and February 22, 2013, First Advantage

        provided to CVS a "Pre-Employment/Security Screening" report on Nancy.

        (Exhibit D: First Advantage's Pre-Employment/Security Screening report

        with Case ID 15093510).

51.     First Advantage failed to contemporaneously notify Nancy of the fact that it

        was reporting information about her to CVS in compliance with  15 U.S.C. §

        1681k(a)(1).

52.     Thus, First Advantage was required to maintain strict procedures designed to

        insure that the information was complete and up to date in compliance with

        15 U.S.C. § 1681k(a)(2).

53.     First Advantage's reporting was not complete nor up to date.

54.     Rather, First Advantage's reporting was inaccurate and gave false

        information.

55.     First Advantage inaccurately reported the following:

```
COMMENTS: Criminal court records were searched in
MARICOPA County, AZ. With the following results
obtained:

COURT          :     MARICOPA SUPERIOR/JUSTICE - (F&M)
DATE           :     2/14/2006-2/14/2013
RESULTS        :     RECORDS FOUND

CASE NUMBER    :     CR2010-006483
Type           :     FELONY REDUCED TO MISDEMEANOR
Date Filed     :     9/2/2010
Charge         :     THEFT FROM VULNERABLE ADULT
                     AMENDED TO ENDANGERMENT.
Offense Date   :     9/2/2010
```

```
Arrest Date     :    N/A
Disposition     :    6/9/2011         GUILTY
Sentence        :    PROBATION: 3 YEARS / UNSUPERVISED
                     SUBMIT TO DNA TESTING
                     FEES

Other ID        :    NOT PROVIDED
COMMENTS        :    THE ABOVE RECORD WAS CONFIRMED BY
                     NAME, DOB
```

(Exhibit D).

56.    First Advantage's report was inaccurate as the Theft from Vulnerable Adult

       charge was **not** amended to Endangerment charge.

57.    Rather, Count 1: Theft from Vulnerable Adult charge was completely

       dismissed by the prosecution motion.

58.    Nancy pled guilty to the reduced charge of Endangerment (a class 1

       misdemeanor) from the original charge of Vulnerable Adult Abuse under

       Count 2.

59.    In addition, First Advantage failed to report that the Count 3: Theft of Means

       of Transportation charge was also completely dismissed by the prosecution

       motion.

60.    First Advantage also inaccurately reported that Nancy was to "submit to

       DNA testing" as a part of her sentence.

61.    Whether a DNA testing was ordered as a part of sentencing is important

       because A.R.S. § 13-610 requires DNA testing of anyone who is "convicted

9

of a felony offense" or anyone who is adjudicated delinquent for a variety of enumerated offenses such as drug offenses.

62. On October 4, 2011, the Superior Court granted Nancy's motion to destroy her DNA profile, and ordered Nancy's DNA profile be expunged from all state databases. (Exhibit E: Minute Entry dated 10/04/2011).

63. Nevertheless, First Advantage falsely reported that Nancy was sentenced to submit to DNA testing.

64. First Advantage also falsely reported that the Offense Date was 9/2/2010. The latest offense date in the indictment was July 21, 2009.

65. Based on its inaccurate reporting, First Advantage noted "[t]his applicant is not eligible for hire." (Exhibit D).

66. This "Pre-Employment/Security Screening" report was a "consumer report" as defined by the FCRA. 15 U.S.C. § 1681a(d).

67. This "Pre-Employment/Security Screening" report also was a "consumer report" as defined by the AzFCRA. A.R.S. § 44-1691(3).

68. A correct reporting should show all three counts and how each count was disposed. (Exhibit F: AISS's criminal background search result).

## First Advantage Refused to Correct Even After Nancy's Disputes

69.    On February 22, 2013, just 3 days prior to Nancy's expected commencement of her permanent position, CVS told Nancy it was unable to hire her due to the information contained in First Advantage's report.

70.    First Advantage did not contemporaneously notify Nancy of the fact that it was reporting information about her to CVS in compliance with  15 U.S.C. § 1681k(a)(1).

71.    On February 22, 2013, CVS, not First Advantage, gave Nancy a copy of First Advantage's report and told her to contact First Advantage to dispute any inaccurate information.

72.    Nancy immediately contacted First Advantage on February 22, 2013 to dispute with First Advantage.

73.    Nancy spoke with First Advantage's employee named Tula [spelling uncertain], and tried to explain the inaccuracies and their severe impact on her employment situation.

74.    Nancy was unable to convince First Advantage to correct the inaccuracies.

75.    On February 25, 2013, Nancy faxed an urgent request for reinvestigation to First Advantage.  (Exhibit G: Nancy's Dispute).

76.    In the dispute, Nancy explained that First Advantage was inaccurately reporting the criminal case, included a printout from Arizona's governmental

11

agency showing how the 3 counts were disposed, and even gave a copy of the correct reporting by a company called AISS.

77.   On March 11, 2013, First Advantage responded to the dispute claiming that it had completed its reinvestigation of the information and determined that "the information we have in our file to be accurate according to the furnisher of the information."  (Exhibit H: First Advantage's March 11, 2013 Response to Nancy's Dispute).

78.   On April 5, 2013, after continued disputes from Nancy, First Advantage reported the same inaccurate information.  (Exhibit I: First Advantage's 04/05/2013 Report).

79.   Based on the inaccurate information on First Advantage's report, CVS rescinded its offer of employment to Nancy.

80.   CVS informed Nancy that the offer was terminated based on First Advantage's report.

**Nancy's Damages**

81.   Nancy suffered humiliation and embarrassment in front of CVS human resource officers and her co-workers.

82.   Nancy no longer has an income as a result of losing the job offer from CVS.

83.   The 18 months temporary position with Intel has been filled and no longer is available to Nancy.

12

84.   Nancy's actual damages include her lost wages and benefits she expected to earn at CVS, and future lost wages and benefits.

85.   In these difficult economic times, Nancy is in great financial distress due to lack of income caused by First Advantage's false reporting.

86.   Nancy is currently behind on her mortgage payments with her home scheduled to go into foreclosure.

87.   In numerous efforts to keep her home, Nancy has been forced to sell items of jewelry with great sentimental value and other household items.

88.   Nancy also tried to get a house-mate to help her in paying mortgages and utilities.

89.   Nancy is behind in her car payments and utilities.

90.   Nancy has experienced anxiety, sleeplessness, and other emotional distress.

91.   Nancy has a medical condition known as Bell's Palsy.

92.   The medical condition was under control before the fiasco caused by First Advantage's inaccurate reporting.

93.   The inaccurate reporting by First Advantage caused Bell's Palsy symptoms to return causing great amount of extra stress upon Nancy.

94.   Without the health insurance she would have received at CVS, Nancy has been unable to receive proper treatment for the Bell's Palsy symptoms.

13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CAUSE OF ACTION NO. I: VIOLATION OF THE FCRA

## (15 U.S.C. § 1681k)

95.   Nancy realleges and incorporates the above paragraphs in the Factual Basis

Section as if fully set forth herein.

96.   First Advantage willfully or negligently violated 15 U.S.C. § 1681k by:

a.   failing to contemporaneously notify Nancy that criminal record

information was being provided to CVS or, in the alternative, or

b.   failing to maintain strict procedures to ensure that information is

complete and up to date pursuant to 15 U.S.C. § 1681k.

97.   As a result of First Advantage's violations of the FCRA, Nancy has suffered

damages in an amount to be determined by this Court.

98.   Nancy is therefore entitled to recover actual or statutory damages, whichever

is greater, punitive damages, costs, and attorney's fees.  15 U.S.C. § 1681n.

## CAUSE OF ACTION NO. II: VIOLATION OF THE FCRA

## (15 U.S.C. § 1681e(b))

99.   Nancy realleges and incorporates the above paragraphs in the Factual Basis

Section as if fully set forth herein.

100.  First Advantage willfully or negligently violated 15 U.S.C. § 1681e(b) by

failing to utilize reasonable procedures to assure the maximum possible

accuracy of the consumer report it sold to CVS regarding Nancy.

14

101.   As a result of First Advantage's violations of the FCRA, Nancy has suffered damages in an amount to be determined by this Court .

102.   Nancy is therefore entitled to recover actual or statutory damages, whichever is greater, punitive damages, costs, and attorney's fees.  15 U.S.C. § 1681n.

**CAUSE OF ACTION NO. III: VIOLATION OF THE FCRA**

**(15 U.S.C. § 1681i(a)(1)(A))**

103.   Nancy realleges and incorporates the above paragraphs in the Factual Basis Section as if fully set forth herein.

104.   First Advantage willfully or negligently violated 15 U.S.C. § 1681i(a)(1)(A) by failing to conduct a reasonable investigation of Nancy's dispute.

105.   As a result of First Advantage's violation of the FCRA, Nancy suffered damages in an amount to be determined by this Court.

106.   Nancy seeks actual, statutory, and punitive damages pursuant to 15 U.S.C. § 1681n(a)(1)(A).

107.   Nancy is therefore entitled to recover actual or statutory damages, whichever is greater, punitive damages, costs, and attorney's fees.  15 U.S.C. § 1681n.

**CAUSE OF ACTION NO. IV: VIOLATION OF THE AzFCRA**

**(A.R.S. § 44-1695)**

108.   Nancy realleges and incorporates the above paragraphs in the Factual Basis Section as if fully set forth herein.

15

109.   First Advantage refused to correct inaccurate information as it was required to do by A.R.S. § 44-1694.

110.   Thus, First Advantage is liable for Nancy's damages, attorney's fees and court costs pursuant to A.R.S. § 44-1695(B).

111.   First Advantage was grossly negligent in the preparation of its report of Nancy, and failed to follow reasonable procedures to assure the maximum possible accuracy of the consumer report it sold to CVS regarding Nancy.

112.   Thus, First Advantage is liable for actual damages, punitive damages, and attorney's fees pursuant to A.R.S. § 44-1695(C).

**JURY DEMAND**

113.   Nancy demands a jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that the Court grant the following relief against First Advantage:

a)   Actual damages;

b)   Statutory damages;

c)   Punitive damages;

c)   Attorney's fees; and

d)   Costs.

16

1

RESPECTFULLY SUBMITTED April 23, 2013.

2

3

CHOI & FABIAN, PLC

4

/s/ *Hyung S. Choi*
Hyung S. Choi

5

Veronika Fabian

6

Attorneys for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17

Exhibit A

MICHAEL K. JEANES, CLERK
BY _____ DEP

FILED

10 SEP -2 PH 3: 17

RICHARD M. ROMLEY
MARICOPA COUNTY ATTORNEY

Mark Heath
Deputy County Attorney
Bar ID#: 025529
301 West Jefferson, 7th Floor
Phoenix, AZ 85003
Telephone: (602)506-7259
MJC2-FITE@mcao.maricopa.gov
MCAO Firm # 000320000
Attorney for Plaintiff

DR 200991165643-Phoenix Police Department

CA2010014454

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CR 2010 - 0 0 6 4 8 3 - 0 0 1 DT |
| | ) |
| NANCY G CARROLL | ) |
| | ) |
| Defendant. | ) 510 GJ 187 |
| | ) |
| | ) INDICTMENT |
| | ) |
| | ) **COUNT 1:** THEFT FROM VULNERABLE ADULT, |
| | ) A CLASS 5 FELONY |
| | ) |
| | ) **COUNT 2:** VULNERABLE ADULT ABUSE, A |
| | ) CLASS 4 FELONY |
| | ) |
| | ) **COUNT 3:** THEFT OF MEANS OF |
| | ) TRANSPORTATION, A CLASS 3 FELONY |
| | ) |

The Grand Jurors of Maricopa County, Arizona, accuse NANCY G CARROLL, on this 2nd day of

September, 2010, charging that in Maricopa County, Arizona:

**COUNT 1:**

NANCY G CARROLL, on or between the 13th day of November, 2007 and the 4th day of January, 2010, knowingly took control, title, use, or management of JOYCE DENISON'S U.S. cash currency and/or equivalent and vehicle, assets or property of an incapacitated or vulnerable adult, of a value of $2,000 or more but less than $3,000, through intimidation or deception, as defined in § 46-456, while acting in a position of trust and confidence and with the intent to deprive her of the asset or property, in violation of A.R.S. §§ 13-1801, 13-1802, 13-701, 13-702, 13-702.01, and 13-801.

**COUNT 2:**

NANCY G CARROLL, on or about the 21st day of July, 2009, having the care or custody of JOYCE DENISON, a vulnerable adult, under circumstances other than those likely to produce death or serious physical injury intentionally or knowingly caused or permitted JOYCE DENISON'S person or health to be injured, or caused or permitted JOYCE DENISON to be placed in a situation where her health was endangered, in violation of A.R.S. §§ 13-3623(F)(B)(C), 13-701, 13-702, and 13-801.

**COUNT 3:**

NANCY G CARROLL, on or between the 20th day of July, 2009 and the 21st day of July, 2009, without lawful authority, knowingly controlled JOYCE DENISON'S 2003 Saturn, a means of transportation, with the intent to permanently deprive JOYCE DENISON of such property, in violation of A.R.S. §§ 13-1801, 13-1814, 28-3304, 13-701, 13-702, and 13-801.

A TRUE BILL

("A True Bill")

RICHARD M. ROMLEY
MARICOPA COUNTY ATTORNEY

Date:  September 02, 2010

/s/

Michael R Mahoney

/s/ MARK HEATH
DEPUTY COUNTY ATTORNEY

MICHAEL MAHONEY
FOREPERSON OF THE GRAND JURY

MH:rs/AO

2

**COURT INFORMATION SHEET (CIS)**

County Attorney Case Number: CA2010014454

**STATE v. NANCY G CARROLL**

Defendant's Last     **Warrant**
Known Address:

Defendant's     Unknown
Employer Address:

Defendant's
Attorney:

**DEFENDANT'S DESCRIPTION:**

Race:        Sex:        Hair:        Eyes:        Hgt:
Wgt:        DOB:              Soc Sec #:     000000000

SID #:   Unknown     FBI #:   Unknown     Booking #:     Unknown

**FILING STATUS:**

  X      Grand Jury Indictment

                    CR 2010 - 0 0 6 4 8 3 - 0 0 1 DT
      Complaint #:
      Date Complaint Filed:

      Grand Jury #: 510  GJ 187      Service Type: Warrant
      Date Indictment Filed: September 02, 2010
                    CR 2010 - 0 0 6 4 8 3 - 0 0 1 DT
      Superior Court #:                                              Adult
                    (Court Use Only)        Adult/Juv Transfer/Juv Statutory

**ATTORNEY:**   Mark Heath        **Bar ID:**   025529     **Location:**   Downtown

**CHARGES:**

**COUNT 1:** THEFT FROM VULNERABLE ADULT, A CLASS 5 FELONY
**COUNT 2:** VULNERABLE ADULT ABUSE, A CLASS 4 FELONY
**COUNT 3:** THEFT OF MEANS OF TRANSPORTATION, A CLASS 3 FELONY

| Count | ARS | ARS Literal | Date of Crime |
|---|---|---|---|
| 1 | 13-1802 | 13-1802B | 11/13/2007 |
| 2 | 13-3623 | 13-3623B1 | 07/21/2009 |
| 3 | 13-1814 | 13-1814A1 | 07/20/2009 |

**DEPARTMENTAL REPORTS:**

200991165643-Phoenix Police Department

**EXTRADITE:** AO

Exhibit B

## The Judicial Branch of Arizona, Maricopa County

Search

Criminal Court Case Information - Case History

### Case Information

| | | |
|---|---|---|
| Case Type: | Criminal | Location: | Downtown |

### Party Information

| Party Name - Number | Relationship | Sex | Attorney | Judge | Case # |
|---|---|---|---|---|---|
| State Of Arizona - (1) | Plaintiff | N/A | County Attorney, Maricopa | | |
| Nancy Geralyn Carroll - (2) | Defendant | F | Defender, Public | Master Calendar | CR2010-006483-001 |
| Clerk Of The Court - (3) | In The Matter Of | N/A | To Be Determined | | |

### Disposition Information

| Party Name | ARSCode | Description | Crime Date | Disposition Code | Disposition | Date |
|---|---|---|---|---|---|---|
| Nancy Geralyn Carroll | 13-1802 (F5) | THEFT | 11/13/2007 | Dismd Pros Mot | Dismissed By Prosecution Motion | 6/9/2011 |
| Nancy Geralyn Carroll | 13-1201 (M1) | ENDANGERMENT | 7/21/2009 | Pled to Reduced Charge | Pled Guilty To Reduced Charge | 5/10/2011 |
| Nancy Geralyn Carroll | 13-1814 (F3) | THEFT-MEANS OF TRANSPORTATION | 7/20/2009 | Dismd Pros Mot | Dismissed By Prosecution Motion | 6/9/2011 |

### Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 4/15/2013 | 023 - ME: Order Entered By Court - Party (001) | 4/15/2013 | |
| 4/8/2013 | MEC = Memo to the Court - Party (001) | 4/17/2013 | |
| NOTE: COUNT 2 | | | |
| 3/20/2013 | MER - Memorandum of Restitution Delinquency - Party (001) | 3/25/2013 | |
| NOTE: COUNT 1 | | | |
| 10/5/2011 | 019 - ME: Ruling - Party (001) | 10/5/2011 | |
| 10/4/2011 | MEC = Memo to the Court - Party (001) | 10/20/2011 | |
| NOTE: COUNT 1 | | | |
| 8/1/2011 | 005 - ME: Hearing - Party (001) | 8/1/2011 | |
| 7/29/2011 | EXW - Exhibits Work Sheet - Party (001) | 8/31/2011 | |
| 7/19/2011 | 056 - ME: Hearing Set - Party (001) | 7/19/2011 | |
| 7/13/2011 | MCO - Motion To Continue - Party (001) | 7/13/2011 | |
| NOTE: RESTITUTION HEARING | | | |
| 7/5/2011 | MOT - Motion - Party (001) | 7/6/2011 | |
| NOTE: Motion to Destroy DNA Profile | | | |
| 6/20/2011 | DRE - Disposition Report - Party (001) | 6/21/2011 | |
| 6/14/2011 | 110 - ME: Suspension Of Sentence - Unsupervised Probation - Party (001) | 6/14/2011 | |
| 6/9/2011 | TCP - Terms & Conditions Of Probation/Money Ordered - Party (001) | 6/20/2011 | |
| 6/9/2011 | NRR - Notice Of Rights Of Review - Party (001) | 6/14/2011 | |
| 6/9/2011 | EMF - Email Filed - Party (001) | 6/17/2011 | |
| NOTE: RE: LETTERS OF SUPPORT | | | |
| 5/11/2011 | 105 - ME: Plea Agreement/Change Of Plea - Party (001) | 5/11/2011 | |
| 5/10/2011 | PAG - Plea Agreement - Party (001) | 5/23/2011 | |
| 4/4/2011 | NOT - Notice - Party (001) | 4/5/2011 | |
| NOTE: Notice Ongoing Discovery and Investigation And Supplemental Notice of Witnesses and Exhibits | | | |
| 3/7/2011 | 027 - ME: Pretrial Conference - Party (001) | 3/7/2011 | |
| 3/1/2011 | REP - Report - Party (001) | 3/2/2011 | |
| NOTE: JOINT CASE MANAGEMENT PLAN UPDATE | | | |
| 1/26/2011 | 027 - ME: Pretrial Conference - Party (001) | 1/26/2011 | |
| 1/20/2011 | NOT - Notice - Party (001) | 1/24/2011 | |
| NOTE: JOINT CASE MANAGEMENT PLAN UPDATE | | | |
| 12/20/2010 | 591 - ME: Complex Case/Trial Setting - Party (001) | 12/20/2010 | |
| 12/20/2010 | 016 - ME: Ext/Time/Filing Granted - Party (001) | 12/20/2010 | |
| 12/16/2010 | 005 - ME: Hearing - Party (001) | 12/16/2010 | |
| 12/16/2010 | RGJ – Request for Extension of Time to Challenge Grand Jury Proceedings - Party (001) | 12/16/2010 | |
| NOTE: Request for Extension of Time to Challenge the Grand Jury Proceedings | | | |
| 12/9/2010 | MOT - Motion - Party (001) | 12/9/2010 | |
| NOTE: MOTION FOR COMPLEX CASE DESIGNATION AND/OR TRIAL CONTINUANCE | | | |
| 12/8/2010 | 027 - ME: Pretrial Conference - Party (001) | 12/8/2010 | |
| 12/8/2010 | 023 - ME: Order Entered By Court - Party (001) | 12/8/2010 | |
| 12/6/2010 | STA - Statement - Party (001) | 12/8/2010 | |
| NOTE: COMPRHENSIVE PRETRIAL CONFERENCE/ | | | |
| 12/3/2010 | MFD - Motion For Discovery - Party (001) | 12/6/2010 | |
| NOTE: Motion for Discovery | | | |
| 12/3/2010 | NDR - Notice of Defenses and Request for Notice of Rebuttal Witnesses - Party (001) | 12/6/2010 | |
| NOTE: Notice of Defenses and Request for Notice of Rebuttal Witnesses | | | |

| | | | |
|---|---|---|---|
| 11/9/2010 | 194 : Me: Initial Pretrial Conference - Party (001) | 11/9/2010 | |
| 10/27/2010 | ANP - Allegation of Aggravating Circumstances Other Than Prior Convictions - Party (001) | 10/27/2010 | |
| NOTE: | | | |
| 10/27/2010 | AOM - Allegation of Multiple Offenses Not Committed on the Same Occasion - Party (001) | 10/27/2010 | |
| NOTE: | | | |
| 10/27/2010 | DAR - Notice of Disclosure and Request for Disclosure - Party (001) | 10/27/2010 | |
| NOTE: | | | |
| 9/24/2010 | 152 - ME: Not Guilty Plea Arraign - Party (001) | 9/24/2010 | |
| 9/23/2010 | UPI - Updated Information Address and/or Name - Party (001) | 9/27/2010 | Defendant (2) |
| 9/23/2010 | DRO - Indigent Defense Reimbursement Order - Party (001) | 9/28/2010 | |
| 9/23/2010 | ROO – Release Order Own Recognizance - Party (001) | 9/29/2010 | |
| 9/20/2010 | SAS - Summons & Affidavit Of Service - Party (001) | 9/21/2010 | |
| NOTE: SERVED 09/16/10 | | | |
| 9/15/2010 | WAR - Warrant For Arrest - Party (001) | 9/21/2010 | |
| NOTE: QUASHED 09/13/10 | | | |
| 9/13/2010 | 614 - ME: Gj Quash Warrant/Issue Summons - Party (001) | 9/21/2010 | |
| 9/2/2010 | 604 - ME: GJ True Bill/Warrant Issue - Party (001) | 9/21/2010 | |
| 9/2/2010 | IND - Indictment - Party (001) | 9/21/2010 | |

## Case Calendar

| Date | Time | Event |
|---|---|---|
| 9/23/2010 | 8:30 | Original Arraignment Hearing |
| 11/5/2010 | 8:15 | Initial Pretrial Conference |
| 12/6/2010 | 8:30 | Comprehensive PreTrial Conference |
| 12/16/2010 | 8:30 | Status Conference |
| 1/20/2011 | 8:30 | Complex / Capital Case |
| 2/15/2011 | 8:30 | Pre-Trial Conference |
| 2/22/2011 | 8:00 | Trial |
| 3/3/2011 | 8:30 | Complex / Capital Case |
| 3/11/2011 | 11:00 | Settlement Conference |
| 5/10/2011 | 8:30 | Pre-Trial Conference |
| 5/23/2011 | 8:00 | Trial |
| 6/9/2011 | 8:30 | Sentencing |
| 7/22/2011 | 13:30 | Restitution Hearing |
| 7/29/2011 | 9:00 | Restitution Hearing |

Exhibit C



February 13, 2013

Nancy Carroll

Dear Nancy,

We are pleased to offer you the position of Associate Account Manager (Internal Title - 101445 : Assoc Account Manager) reporting to Danielle R Madonia effective February 25, 2013.

This letter sets forth the basic components of your employment offer. As CVS Caremark offers a full range of benefits to all employees, this letter is not intended to be a comprehensive description of available benefits but instead to apprise you of the specifics of your offer.

The following are components of your offer:

**Rate of Pay** - Your initial rate of pay will be $38000.00 a year, payable on a Bi-weekly basis.

**Benefits -** The Company offers a comprehensive benefits package for our full time colleagues. For benefits that require an eligibility waiting period, an enrollment kit will be mailed to your home.

During the waiting period, you are eligible to enroll in the self funded Aetna Affordable Health Choices® plan. This option will be available to you until your eligibility date for full time benefits. Information on plan details and enrollment will be mailed to your home 2 weeks after your date of hire.

**Annual Cash Incentive** - You will be eligible to participate in a CVS Caremark incentive plan for the current year. Under this plan your "target" award will be 5% of your annual salary. The actual award amount, if any, is determined based on your personal performance and the financial performance of the Company and your Business Unit from January 1st to December 31st of the current year and is paid by March 15th of the following year, and, in all cases, is subject to the terms of the applicable incentive plan. Any award may be subject to proration based on when you became an eligible participant.

**MyTime** - You will be eligible for 15 days of MyTime annually prorated based on your start date.

### Conditions of Offer

Your offer of employment is contingent upon CVS Caremark receiving successful results of our pre-screening process which may include confirmation that your name does not appear on any state or federal health care excluded parties list and receipt of "approved" criminal background check and "passed" drug test results.

While we hope that you have a long, successful, and rewarding career with CVS Caremark, this offer is for "at will" employment and is not a contract, such that either you or the Company may terminate the employment relationship at any time.

It is also important that you understand that CVS Caremark does not want you to violate any agreement that you may have with any other entity by accepting or continuing employment with CVS Caremark. Further, we want to ensure that you understand that CVS Caremark does not want you to use confidential or proprietary information from other employers in your employment with us, and in fact we prohibit such conduct.

By accepting the terms of this offer letter, you are confirming that your employment with CVS Caremark in this position will not violate the terms of any agreement that you may have with any other entity, and that you will not provide CVS Caremark with any trade secrets or any other confidential information from any prior employer. If you have not done so

already, you must provide us with a copy of any non-competition, non-solicitation, and/or any non-disclosure agreement that may still apply to you.

If you have any questions, please feel free to contact me. Congratulations on your new opportunity!

Sincerely,

Kaitlyn Diana

Congratulations on your new position with CVS Caremark! We are excited to be working with you! Please use the following information as a checklist to guide you through your offer and orientation process.

Your offer of employment is contingent upon a successful completion of a background check and drug screen. Here are the steps you need to take to complete the offer process:

**1. Accept your Offer**
- Click on the link provided in your offer email and click "accept".

**2. Complete a Personal Data Disclosure Form**
- Click on the link provided in your offer email and click "submit".

**3. Complete a Background Check**
- You will receive two emails from CVS Caremark Careers. The first will include the background screen url, login and instructions. A second email will contain your password.
- Use the url to access our background screen provider, *First Advantage* and login.
- Verify the data listed is accurate and complete any of the required fields that are blank and click "submit".
- Click on the link to the disclosure and authorization form, complete it and click "submit".
Note: These steps must be completed within **24 hours** of your offer.

**4. Complete a drug screen**
- On the *First Advantage* Home page, click the link to schedule a drug screen.
- Search for a drug screen lab in your area and click schedule. In the event a drug screen lab is not in your area you will be prompted to call *First Advantage* to assist in finding a location.
- You will be sent an email with your drug testing instructions and next steps. Bring that information along with a valid ID (listed in the email) to the lab.
Note: Your drug screen must be completed with **48 hours** of your offer.

**5. Complete your new hire paperwork**
- Once your background and drug screen have been completed, you will receive an email notification from our Onboarding system.
- In this system, please complete all of your relevant tax forms, emergency contact information, direct deposit, and part 1 of your I-9.

**6. Welcome to the team, you are all set! Details for your orientation are below.**

---

**To begin your career you will attend our MyStart orientation. Here are the details:**

**Date:** February 25, 2013 (Please note this date is subject to change depending on the completion of your pre-screening process)
**Time:** Please arrive promptly at 8:45am. Orientation will start at 9:00am.
**Location:** 9501 E. Shea Blvd Scottsdale, AZ 85260
**Directions:** From the 101: Take the Shea Blvd exit east to 96th Street. Turn right onto 96th Street and take an immediate right and follow the road around to the first parking lot labeled "visitors". Note: the second parking lot labeled "employment" is not for new colleagues.
**What to Bring: You must bring the identification that you used to fill out your I-9.** Also, please bring any additional license or credential documentation that is applicable for your position (if you are unsure, please verify with your Recruiter).
**Where to Park:** You may park in any available space in the visitor lot.
**Where to check in:** Please check in at the front desk and a CVS Caremark colleague will greet you shortly.
**Main Phone #:** (480) 391-4600
**Dress:** Our dress code is business casual. Inappropriate items include; jeans, sweatpants, shorts, tank tops, t-shirts, mini-skirts, spaghetti straps, sneakers, and flip flops.
**Food:** Breakfast will be provided.

**Again, congratulations on your new career with CVS Caremark! Should you have any questions prior to your start date please don't hesitate to contact me.**

# Benefits Information

## Aetna Voluntary Plans

*Aetna Voluntary Plans* are designated health care benefit plans available for part-time colleagues and an interim and optional benefit plan to full-time colleagues during their 90-day waiting period.

Please contact *Aetna Voluntary Plans if your enrollment packet does not arrive* within three weeks of your start date, if you have any questions related to the packet materials or if you need enrollment support.

**Call *Aetna Voluntary Plans* at (800) 772-2861.**

## Health Advocate

*Health Advocate* is a lifeline for navigating your health care and insurance options and will provide information on:
- Plan design and coverage
- Medical carrier for their state/zip code
- Cost for coverage

**Information you will need to share when calling:**
- Identify yourself as a potential employee of CVS Caremark looking for additional information on the health plan.
- Provide the state where you live (not work). You may also be asked to provide your zip code.
- You may need to identify which part of the business you will be working for, Pharmacy Benefit Management or Retail (your recruiter will be able to provide this information).
- You may need to know whether your expected salary is over/under $80k in order to receive accurate pricing (your recruiter will be able to provide this information).

**Call *Health Advocate* at (866)799-2720.**



Exhibit D



**Pre-Employment/Security Screening**
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

## NOTICE

**The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the Report.**

**In California an investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures.**

Information contained herein should not be the sole determination in the evaluation of this individual. All other factors, references and current situations should be considered. Notwithstanding anything to the contrary, human error in compiling this information is possible. The FCRA requires certain actions if you take adverse action based in whole or in part on this report. See the Terms of Use, the FCRA or call First Advantage for procedures.

Please note that the portion of the disclaimer included in this report relating to the Fair Credit Reporting Act is not applicable to results reported with regard to the DOT rule contained in 49 CFR Part 40.25, and the DOT/FMCSA rules contained in FMCSR Parts 382 and 391 relating to Past Drug and Alcohol and Safety Performance Checks.

```
Account #      : 1751191              Case ID       : 15093510
Client Name    : CVS CAREMARK         Order Date    : 02/14/2013
Attention      : CVSXML USER          Completed Date: 02/20/2013
Cost Codes     : Loc_Code_New: OF117
                 Requestor_Email: Ryan.Avril@caremark.com
```

### Candidate Information

```
Name           : Carroll, Nancy G
Address        :

SSN            :

Admitted Charge : Misd Endangerment
                  Misdemeanor
                  Phoenix, AZ, US
                  County:           MARICOPA
                  Offense Date:     07/2008
                  Sentence Date:    06/2011
                  Disposition:      Plead Guilty
                  Disposition Date: 06/2011
```

### APPROVAL NOTES

**Approval Notes :** This applicant is not eligible for hire.



**Pre-Employment/Security Screening**
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

## Background Summary

| Category | Description | Status |
|---|---|---|
| Employment | CVS Caremark | PASS |
| Employment | Law Docs Express Incorporated | PASS |
| Education | The Way International | PROVISIONAL |
| SSN | | PASS |
| NationScan Plus Records | NationScan Plus Records | PASS |
| County Criminal | County Criminal | PROVISIONAL |
| Federal Criminal | Federal Criminal | PASS |
| FACIS | | PASS |

## Employment Verification

| Employer | : CVS Caremark |
|---|---|
| Location | : Scottsdale, AZ US |
| Status | : PASS |

| | Submitted | Verified |
|---|---|---|
| Date of Hire | 09/2012 | See Below |
| Date of Separation | 01/2013 | See Below |
| End Title | Med D Marketing Analyst | See Below |
| End Compensation | 42000 | See Below |
| Reason for Leaving | Contract completed. Seeking permanent employment with Caremark internally. | See Below |

Comments        :   [02/14/2013 6:46 AM PST]: Not verified per order.

| Employer | : Law Docs Express Incorporated |
|---|---|
| Location | : Atlanta, GA US |
| Status | : PASS |

| | Submitted | Verified |
|---|---|---|
| Date of Hire | 01/1995 | Verified |
| Date of Separation | 09/2012 | Verified |
| End Title | Paralegal | Verified |
| End Compensation | 55000 | Information Not Available |
| Reason for Leaving | New potential career opportunity in healthcare at Caremark/state of economy | Information Not Available |

Comments        :   [02/14/2013 12:58 PM PST]: The information provided by the applicant was verified as accurate by Catherine Massey, Owner, 678-296-2797.

## Education Verification

| Institution | : The Way International |
|---|---|



**Pre-Employment/Security Screening**
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

| | | Submitted | Verified |
|---|---|---|---|
| **Location** | : | New Knoxville, OH US | |
| **Status** | : | PROVISIONAL | |
| | | Submitted | Verified |
| **Degree** | | Associate of Arts | See Below |
| **Degree Date** | | 05/1985 | See Below |
| **Major** | | Theology | See Below |
| **Start Date** | | 09/1979 | See Below |
| **End Date** | | 05/1985 | See Below |

**Comments** : [02/19/2013 12:51 PM PST]: We have left messages for the provided contact, 419-753-2523, with no return call to date. If and when any information is received, we will supplement this report with our findings.

[02/15/2013 1:39 PM PST]: Left message for Registrar, 419-753-2523.

[02/14/2013 1:08 PM PST]: Left message for Unidentified Voicemail, 419-753-2523. We are currently researching multiple sources in order to locate an alternate telephone number. We will continue our attempts and supplement our report with our findings.

## SSN Verification

**Vendor** : EXPERIAN

**Social Security #** :
**Name** : CARROLL, NANCY G

**Report Date**                         Address(es)
2012-12-06
2006-30-08

1997-15-06
2012-21-12

**Reported Aliases**

CARROLL, NANCY
REED, NANCY G
CARROLL, NANCI

---

**Employment Data Reported**

| **Employer** | : | LAW DOCS EXPRESS |
|---|---|---|
| **Date Verified:** | : | notKnown |
| **Employer** | : | LAWDOCS |
| **Date Verified:** | : | notKnown |

---

**Alerts:**

---



INPUT SSN ISSUED 1970-1973. FROM 2012-11-01 INQ COUNT FOR SSN=4.

## NationScan Plus Verification

 A nationscan was run under the name  Nancy Reed  with the following result:

Results          :  NO RECORD FOUND

 A nationscan was run under the name  Nancy Carroll  with the following
result:

Results          :  NO RECORD FOUND

## Courts Verification

The following courts were researched with the following results:

**RESULTS**        :  Completed
**NAME**           :  Reed Nancy


RESULTS:
                        FEDERAL CRIMINAL SEARCH

--------------------------------------------------------------------------------
Name                      :   NANCY REED
Reference Number          :   39170182

State                     :   AZ
Court Searched            :   DISTRICT OF ARIZONA
Records Searched          :   FEDERAL CRIMINAL
Years Checked             :   LAST 7 YEARS
Result                    :   NO RECORDS FOUND

**RESULTS**        :  Completed
**NAME**           :  Carroll Nancy


RESULTS:
                        FEDERAL CRIMINAL SEARCH

--------------------------------------------------------------------------------
Name                      :   NANCY G CARROLL
Reference Number          :   39170181

State                     :   AZ
Court Searched            :   DISTRICT OF ARIZONA
Records Searched          :   FEDERAL CRIMINAL
Years Checked             :   LAST 7 YEARS
Result                    :   NO RECORDS FOUND

**RESULTS**        :  Completed
**NAME**           :  Reed Nancy


**FIRST**Advantage
*Facts first.*

**Pre-Employment/Security Screening**
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

---

```
RESULTS:
-------------------------------------------------------------------------
PRSI# 40650795
FADV# 39170180
NAME: REED, NANCY
-------------------------------------------------------------------------
COURT SERVICES

COMMENTS: Criminal court records were researched in
MARICOPA County, AZ, with the following results obtained:

COURT          :   MARICOPA SUPERIOR/JUSTICE-(F&M)
DATE           :   2/14/2006-2/14/2013
RESULTS        :   NO RECORDS FOUND

-------------------------------------------------------------------------

RESULTS            :  Completed
NAME               :  Carroll Nancy


RESULTS:
-------------------------------------------------------------------------
PRSI# 40650794
FADV# 39170187
NAME: CARROLL, NANCY
-------------------------------------------------------------------------
COURT SERVICES

COMMENTS: Criminal court records were researched in
MARICOPA County, AZ, with the following results obtained:

COURT          :   MARICOPA SUPERIOR/JUSTICE-(F&M)
DATE           :   2/14/2006-2/14/2013
RESULTS        :   RECORDS FOUND

CASE NUMBER :     CR2010-006483
Type           :   FELONY REDUCED TO MISDEMEANOR
Date Filed  :     9/2/2010
Charge         :   THEFT FROM VULNERABLE ADULT AMENDED TO
                   ENDANGERMENT
Offense Date:     9/2/2010
Arrest Date :     N/A
Disposition :     6/9/2011      GUILTY
Sentence    :     PROBATION: 3 YEARS / UNSUPERVISED
                   SUBMIT TO DNA TESTING
                   FEES

Other ID    :     NOT PROVIDED

COMMENTS    :     THE ABOVE RECORD WAS CONFIRMED BY NAME, DOB
-------------------------------------------------------------------------
```


**FIRST**Advantage
*Facts first.*

**Pre-Employment/Security Screening**
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

---

### Watches and Sanctions

COMMENTS: The following Watches and Sanctions databases were researched for "
Reed, Nancy", with No Records Found:

FACIS LEVEL 3

COMMENTS: The following Watches and Sanctions databases were researched for "
Carroll, Nancy", with No Records Found:

FACIS LEVEL 3

---

### NOTICE

Where court results indicate that records were found be aware that even though some or all of the identifiers in the court records found match the identifiers you provided, this is not conclusive proof that the record(s) belong to this individual. There is only a probability that these matching demographic identifiers in the court record(s) belong to the subject of the report.

Where the court results indicate that records were not found one or more of the following conditions existed: (1) the identifiers provided did not match or were insufficient to match the identifiers in a record (if there are additional identifiers, such as middle name, addresses, aliases, drivers license number, etc. you may reorder the search); (2) There were records found, but are not reportable due to the following: (a) Pursuant to your requirements; (b) Pursuant to certain FCRA limitations; or (c) Pursuant to certain state limitations. Please contact us if you have further questions.

Please Note: This report does not include non-conviction records (unless otherwise excepted or exempted). Pending cases are included where available. If you have any questions, please contact Client Services.

Legend:
- Adverse, Does not meet hiring requirements, Does not meet minimums, Fail, Hit, Rejected, or any other client-specified verbiage may be used interchangeably.

- Approved, Clear, Meets Hiring Requirements, Meets minimums, Pass, or any other client-specified verbiage may be used interchangeably.

- Cancelled, Incomplete, Information Outstanding, Not Verified, Pending, Review, Unable to Contact, Unconfirmed, or any other client-specified verbiage may be used interchangeably.

NationScan Criminal Index (Scan) is a tool to scan a variety of databases and is not a substitute for an up-to-date criminal court records search. It can only be used to determine in which jurisdictions to conduct a more complete background check. The information in the Scan may not have the most current information, may not be updated, may not be complete, may not relate to

---



**Pre-Employment/Security Screening**
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

your applicant, may not report all criminal activity your applicant may have been involved in, may not satisfy your legal obligations, and may not be accurate. Therefore, any information in the Scan, in whole or in part, shall not be used solely by itself to make an employment decision. First Advantage is not liable for any of your employment decisions. Your decisions should not be based on information that is not current or that has not been verified. It is your sole responsibility to verify the information that is provided herein. (You may order a county criminal search from First Advantage to help in your verification process.)

Due to the nature of public records and demographic identifiers, THE RESULTS MAY NOT BE THE SAME PERSON AS YOUR APPLICANT even though records are selected based on an exact first and last name plus an exact match on either the date of birth or the social security number. Scans and searches conducted on people with common names may be difficult to distinguish from records on another person. The results do not include aliases or maiden names that may be scanned and charged separately. The results are only of conviction or pending records from the databases within at least the last 7 years or as available. The information in the Scan is provided "AS-IS". First Advantage does not guarantee, warrant or assume any responsibility for the accuracy of the information obtained from the sources and shall not be liable for any losses or injuries now or in the future resulting from or relating to the information provided in the Scan. You agree to use the Scan in compliance with any and all applicable laws and regulations including the Fair Credit Reporting Act. Without notice and at any time, databases may be added or deleted and the data within the database scanned may change.

(This is only a summary; please refer to the Terms of Use.)

The Consumer Report concludes here.



**Pre-Employment/Security Screening**
## CONFIDENTIAL
Case ID: 15093510
Candidate: Carroll, Nancy

## NOTICE

### The following report is a non FCRA drug test report.

```
Account #        :  1751191           Case ID         :  15093510
Client Name      :  CVS CAREMARK      Order Date      :  02/14/2013
Attention        :  CVSXML USER       Completed Date:    02/20/2013
Cost Codes       :  Loc_Code_New: OF117
                    Requestor_Email: Ryan.Avril@caremark.com
```

### Candidate Information

```
Name             :  Carroll, Nancy G
Address          :

SSN              :

Admitted Charge  :  Misd Endangerment
                    Misdemeanor
                    Phoenix, AZ, US
                    County:           MARICOPA
                    Offense Date:     07/2008
                    Sentence Date:    06/2011
                    Disposition:      Plead Guilty
                    Disposition Date: 06/2011
```

### APPROVAL NOTES

**Approval Notes :** This applicant is not eligible for hire.

### Drug Background Summary

| Category | Description | Status |
|---|---|---|
| Drug |  | PASS |

### Drug Verification

```
Adjudication Result      :    NegativeDilute
```

End of the Drug Test Result Report.

Exhibit E

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
10/05/2011 8:00 AM

CR2010-006483-001 DT

10/04/2011

HONORABLE EDWARD BASSETT

CLERK OF THE COURT
T. Nelson
Deputy

STATE OF ARIZONA

MARICOPA COUNTY ATTORNEY

v.

NANCY GERALYN CARROLL (001)

DAVID TEEL

MCSO-ATTN  RECORDS MANAGER
VICTIM SERVICES DIV-CA-CCC

MINUTE ENTRY

Pending before this Court is the Defendant's Motion to Destroy DNA Profile.

No response having been filed by the State,

IT IS ORDERED granting the Motion to Destroy the Defendant's DNA profile.

IT IS FURTHER ORDERED the Defendant's DNA profile shall be expunged from any State data base system.

This case is eFiling eligible: http://www.clerkofcourt.maricopa.gov/efiling/default.asp. Attorneys are encouraged to review Supreme Court Administrative Orders 2010-117 and 2011-10 to determine their mandatory participation in eFiling through AZTurboCourt.

Exhibit F

*Different Background Company* 01/31/2012
*back on 1/31/12 reporting correctly*



A Sterling Infosystems Company

| Client Information | |
|---|---|
| CARE.COM - NATIONAL ACXESS SEARCH<br>201 JONES RD SUITE 500<br>WALTHAM          MA   02451 | Subcode:      E8133971<br>Reference #:<br>Quoteback:    2012-01-24T12:22-5330955-BC<br>Attention:     MEMBER  CARE |

| Applicant Information | |
|---|---|
| Applicant Name:   **CARROLL, NANCY**<br>Social Security No:   \*\*\*-\*\*-9999<br>Phone:<br>Maiden Name/Aliases:<br>Address: | Control #:   **33305304**<br>Ordered By:   ELECTRONIC REQUESTOR |

## Report Summary

Applicant's Status: Complete
Services Ordered:

| National Access Search: Updates Only     C | **Alert** |
|---|---|

| Product | Reference | Status | Result |
|---|---|---|---|
| National Access Search: Updates Only | | Complete | Alert |

```
------------------------------------------------------
SUBJECT
------------------------------------------------------

Full Name:            CARROLL, NANCY
First Name:           NANCY
Last Name:            CARROLL
DOB:
Sex:
Address 1:
City:
State:
Zip:
Source ID:            AZ_AOC
DC Number:            27978040
File Data Date:       12/05/2011
Offender Status:      DEFENDANT
State Code:           AZ

REPORTED CASES
------------------------------------------------------

[OFFENSE DETAIL]
Offense:              THEFT
Offense Type:         FELONY
Court Case Number:    S-0700-CR-2010006483
```

Applicant Name:  CARROLL, NANCY          SSN: ***-**-9999          Control Number: 33305304

```
Court Code:            175
Court Name:            MARICOPA COUNTY SUPERIOR
Court Clerk Phone:     6025063204
Case Category:         CRIMINAL
Disposition Date:      06/09/2011
State Code:            AZ
Source ID:             AZ_AOC
Date Filed:            09/02/2010
Disposition:           COMPL DISMISSED BY CTY ATTY

[OFFENSE DETAIL]
Offense:               ENDANGERMENT
Offense Type:          MISDEMEANOR
Court Case Number:     S-0700-CR-2010006483
Court Code:            175
Court Name:            MARICOPA COUNTY SUPERIOR
Court Clerk Phone:     6025063204
Case Category:         CRIMINAL
Disposition Date:      05/10/2011
Original Plea:         PLEA TO OTHER CHARGES
State Code:            AZ
Source ID:             AZ_AOC
Date Filed:            09/02/2010
Disposition:           PLEA TO OTHER CHARGES

[OFFENSE DETAIL]
Offense:               THEFT-MEANS OF TRANSPORTATION
Offense Type:          FELONY
Court Case Number:     S-0700-CR-2010006483
Court Code:            175
Court Name:            MARICOPA COUNTY SUPERIOR
Court Clerk Phone:     6025063204
Case Category:         CRIMINAL
Disposition Date:      06/09/2011
State Code:            AZ
Source ID:             AZ_AOC
Date Filed:            09/02/2010
Disposition:           COMPL DISMISSED BY CTY ATTY
```

The information included in this report is amassed from database sources which may
not contain all current information regarding individuals or events. This
information should not be used in any decision making process until such
information has been verified by the user. No warranty as to the accuracy of the
information from the various database sources is stated or implied.

| Applicant Name:   CARROLL, NANCY | SSN: ***-**-9999 | Control Number: 33305304 |
|---|---|---|

**CAUTION**

Information contained herein should not be the sole determining factor in evaluation of the individual. Please note that according to the Equal Employment Opportunity Commission (EEOC), to automatically disqualify an applicant because of a criminal record without a "business qualification analysis" is to engage in an unlawful discriminatory employment process.

Pursuant to Minn. Stat. Ann. § 332.70(4):  The report may include information that has been expunged, sealed, or has otherwise become inaccessible to the public since the date it was collected.

Pursuant to Cal. Civ Code §1786.29(a):  The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

This report is submitted in STRICT CONFIDENCE, and except where required by law, no information provided in this report may be revealed directly or indirectly to any person except to one whose official duties require him to possess the information in relation to which this report was ordered. This report is prepared for purposes pursuant to personnel or agent selection, and human error in compiling this information is possible. County felony and misdemeanor criminal records are checked at the court of general jurisdiction only. Felony and misdemeanor records are typically housed in one location; however, jurisdictional variations may occur. State laws vary regarding the use of information involved in employment decisions. It is strongly recommended that the user of this information consult with legal counsel prior to any action.

NOTE: If the report is used for employment purposes, pre and post notification requirements under the Fair Credit Reporting Act and some state laws are required. If any information contained in the report will be used for an adverse action, please discuss that information with the applicant in advance of the adverse action. If the applicant disputes the information, please contact us with additional identification on the applicant so we can further verify the item before any adverse action is taken.

Acceptance and use of this report requires the inclusion of the applicant Summary of Rights as required by the FCRA and as previously supplied by AISS. The user agrees to indemnify AISS in the event of compliance failure. Additional copies are available free of charge upon request at 1/800-853-3228 option 3.

Exhibit G

Nancy Carroll

February 25, 2013

# URGENT & CONFIDENTIAL

## FACSIMILE COVER SHEET

**TO:**   **First Advantage Consumer Relations**
       **1-800-868-6247**

**FR:**   **Nancy Carroll – Consumer/Candidate**

**RE:**   **First Advantage Case ID: 15093510**
       **URGENT REQUEST FOR REINVESTIGATION**

**Pages: 11 (including cover sheet)**

1.   **Form 122.96.7 – Notice of Consumer Dispute (2 pages)**
2.   **Form 122.96.13 – Authorization for Reinvestigation**
3.   **Page 5 of 8 of First Advantage Background Report**
4.   **Nancy Carroll Driver's License Photo ID & SS card enlarged (1 page)**
5.   **Court documents (3 pages)**
6.   **AISS Background Agency Report (2 pages)**



**FIRST**Advantage

## Notice of Consumer Dispute (Form 122.96.7)

*Please read the instructions prior to beginning.*

### Section A - Your Information

Full Name: CARROLL                          NANCY                G.
　　　　　　　Last                             First                  M.I.

　　　　　　CARROLL
　　　　　　Maiden

Address:

Home
Phone:                                                    State         ZIP Code

　　　　　　　　　　　　　Alternate Phone:

Social Security Number:　　　　　　　　　Date of Birth:
　　　　　　　　　　　　　　　　　　　　　　　mm / dd / yyyy
☑ Photo ID attached (e.g. copy of valid Driver's License) as proof of my identity.

### Section B - Where/With Whom You Applied

Company
Name:　　CVS CAREMARK
　　　　　Scottsdale　　　　　　　　　　　ARizona
　　　　　City　　　　　　　　　　　　　　　　State

### Section C - Dispute Information

*Please indicate the screening elements that contain information you wish to dispute the accuracy and / or completeness of that appears in your consumer report:*

☑ Criminal Record　　☐ Employment Record　　☐ Credit Record
☐ Driving Record　　　☐ Education Verification　☐ Other

Case Number: CR2010-006483　　Case Number:

Case Number:　　　　　　　　　　Case Number:

*Please provide a description of the information that you are disputing referencing case numbers as necessary:*

First Advantage reported to employer CVS inAccurate info which harmed me. CVS rescinded their offer of employment to me on Fri 2/22/13 because First Adv reported on p 5 of 8 "theft from vulnerable Adult Amended to Endangerment," As well As disclosed "submit to DNA testing" which was expunged. Court documents Are Attached to show First Advantage reported false information to CVS Caremark harming me from

☐ Check box if you have attached a separate sheet to continue the explanation.　Commencing employment
　　　　　　　　　　　　　　　　　　　　　　　　on Feb 25, 2013. Other docs
122.96.7 - Notice of Consumer Dispute - 9/22/2009　Attached include another background
　　　　　　　　　　　　　　　　　report from a different Agency who reported correctly.



**FIRST**Advantage

## Notice of Consumer Dispute
### (Form 122.96.7)

**Section D – Acknowledgement**

By signing below I, _Nancy G. Carroll_ , am requesting a
First Name          Last Name

Reinvestigation of my consumer report that was prepared in respect to my application for employment. Furthermore, by signing below, I authorize you to notify the company that requested my report of my dispute and to provide them with the reinvestigation results.

☐ **Check this box ONLY if you do NOT want the company that requested the information to be notified.**

Furthermore, I authorize you to provide updated reports to other employers who may have received a report within the past two years that includes the disputed information. I understand that I may contact the consumer relations department at the toll-free number to advise them of the companies I would like to provide updated results to.

I have reviewed the information I provided in this form and I affirm that to the best of my knowledge the information is true and accurate. The results of my reinvestigation will be mailed to the address I provided in "Section A – Your Information".

Signature: _Nancy G. Carroll_          Date: _2/22/13_



**FIRST**Advantage

## Authorization for Reinvestigation
## of Consumer Dispute
### (Form 122.96.13)

You have requested that First Advantage reinvestigate the consumer report that was conducted on you. By signing below, you hereby authorize without reservation, any party or agency contacted by First Advantage, to furnish any information needed to complete the reinvestigation of your consumer dispute. Further, you understand this release will permit any present or former employer, school, police department, criminal record depository, financial institution, division of motor vehicles, consumer reporting agencies, or other persons or agencies having knowledge about you to furnish First Advantage with any and all background information in their possession regarding you, that is required to complete the reinvestigation of your consumer dispute.

You also agree that a fax or photocopy of this authorization with your signature be accepted with the same authority as the original.

First Name: _NANCY G._

Last Name: _CARROLL_

Social Security Number: ____  _____

Date of Birth (mm/dd/yyyy): ____  _____

Signature: _Nancy G. Carroll_   Date: _2/22/13_

122.96.13 – Authorization for Reinvestigation of Consumer Dispute - 9/22/2009



**Pre-Employment/Security Screening**
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

```
RESULTS:
--------------------------------------------------------------------
PRSI# 40650795
FADV# 39170180
NAME: REED, NANCY
--------------------------------------------------------------------
COURT SERVICES

COMMENTS: Criminal court records were researched in
MARICOPA County, AZ, with the following results obtained:

COURT      :   MARICOPA SUPERIOR/JUSTICE-(F&M)
DATE       :   2/14/2006-2/14/2013
RESULTS    :   NO RECORDS FOUND

--------------------------------------------------------------------
RESULTS        :   Completed
NAME           :   Carroll Nancy

RESULTS:
--------------------------------------------------------------------
PRSI# 40650794
FADV# 39170187
NAME: CARROLL, NANCY
--------------------------------------------------------------------
COURT SERVICES

COMMENTS: Criminal court records were researched in
MARICOPA County, AZ, with the following results obtained:

COURT      :   MARICOPA SUPERIOR/JUSTICE-(F&M)
DATE       :   2/14/2006-2/14/2013
RESULTS    :   RECORDS FOUND

CASE NUMBER :  CR2010-006483
Type        :  FELONY REDUCED TO MISDEMEANOR
Date Filed  :  9/2/2010
Charge      :  THEFT FROM VULNERABLE ADULT AMENDED TO
               ENDANGERMENT
Offense Date:  9/2/2010
Arrest Date :  N/A
Disposition :  6/9/2011     GUILTY
Sentence    :  PROBATION: 3 YEARS / UNSUPERVISED
               SUBMIT TO DNA TESTING
               FEES

Other ID    :  NOT PROVIDED

COMMENTS    :  THE ABOVE RECORD WAS CONFIRMED BY NAME, DOB
--------------------------------------------------------------------
```

> False reporting by First Advatage to CVS

Top_Navigation

*ADRS II 2.03.01 DPS Production*

| Case/Charge Maint | Change Password | Logoff

Page 1 of 1

## Charge Information (ADRSDR04)

PCN 2123036227
SID # A221645109
Criminal Activity Tracking # F009721326

Arrest Name CARROLL, NANCY G
Arrest Date 09/23/2010

Arresting Agency AZ0070000
Arresting Agency Case # MSOD157426
Agency Name MARICOPA CO SO,PHOENIX

| Count # | Assigned | Status Message | Statute Code | Statute Description | Off. Type | Off. Date | Dispo Date | Dispo Statute Code | Dispo Statute Description | Dispo Offense Type | Dispo Agency Case # | Disposition | Dispo Agency Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O **1** | Y | ✓ | 13-1802B | THEFT FROM VULNERABLE ADULT | F-FELONY | 11/13/2007 | 06/09/2011 | 13-1802B | THEFT FROM VULNERABLE ADULT | F-FELONY | CR2010-006483-001DT | COURT DISMISSAL | MARICOPA CO SUP CRT,PHOENIX |
| ● **3** | Y | ✓ | 13-1814A1 | THEFT-MEANS OF TRANSPORTATION | F-FELONY | 11/13/2007 | 06/09/2011 | 13-1814A1 | THEFT-MEANS OF TRANSPORTATION | F-FELONY | CR2010-006483-001DT | COURT DISMISSAL | MARICOPA CO SUP CRT,PHOENIX |
| O **2** | Y | ✓ | 13-3623B1 | CHILD/VUL ADULT ABUSE-INTENT | F-FELONY | 11/13/2007 | 06/09/2011 | 13-1201 | ENDANGERMENT | M-MISDEMEANOR | CR2010-006483-001DT | GUILTY | MARICOPA CO SUP CRT,PHOENIX |

From 1 to 3 Total: 3   <First <Previous Next> Last>>

| Add/Edit Dispo. | Modify Dispo. Keys | File/NoFile | Multiple Count Dispo. | Delete Dispo. | Add Count | Delete Count | View Audit |

AZ0070035J

MICHAEL K. JEANES, CLERK
BY _S. Keirson_ :DEP.
FILED

11 JUN 20  AM 10: 50

_L. M. Wer_

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
10/05/2011 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2010-006483-001 DT                               10/04/2011


HONORABLE EDWARD BASSETT                CLERK OF THE COURT
                                                      T. Nelson
                                                       Deputy


STATE OF ARIZONA                        MARICOPA COUNTY ATTORNEY

v.

NANCY GERALYN CARROLL (001)             DAVID TEEL

                                        MCSO-ATTN  RECORDS MANAGER
                                        VICTIM SERVICES DIV-CA-CCC


MINUTE ENTRY


Pending before this Court is the Defendant's Motion to Destroy DNA Profile.

No response having been filed by the State,

IT IS ORDERED granting the Motion to Destroy the Defendant's DNA profile.

IT IS FURTHER ORDERED the Defendant's DNA profile shall be expunged from any State data base system.

This case is eFiling eligible: http://www.clerkofcourt.maricopa.gov/efiling/default.asp. Attorneys are encouraged to review Supreme Court Administrative Orders 2010-117 and 2011-10 to determine their mandatory participation in eFiling through AZTurboCourt.

01/31/2012


A Sterling Infosystems Company

| Client Information | |
| --- | --- |
| CARE.COM - NATIONAL ACXESS SEARCH<br>201 JONES RD SUITE 500<br>WALTHAM          MA   02451 | Subcode:      E8133971<br>Reference #:<br>Quoteback:    2012-01-24T12:22-5330955-BC<br>Attention:     MEMBER  CARE |

| Applicant Information | |
| --- | --- |
| Applicant Name:   **CARROLL, NANCY**<br>Social Security No:    ***-**-9999<br>Phone:<br>Maiden Name/Aliases:<br>Address: | Control #:    **33305304**<br>Ordered By:    ELECTRONIC REQUESTOR |

| Report Summary |
| --- |
| Applicant's Status: Complete<br>Services Ordered: |

| National Access Search: Updates Only     C | **Alert** |
| --- | --- |

| Product | Reference | Status | Result |
| --- | --- | --- | --- |
| **National Access Search: Updates Only** | | Complete | Alert |

```
-----------------------------------------------------
SUBJECT
-----------------------------------------------------

Full Name:           CARROLL, NANCY
First Name:          NANCY
Last Name:           CARROLL
DOB:
Sex:
Address 1:
City:
State:
Zip:
Source ID:           AZ_AOC
DC Number:           27978040
File Data Date:      12/05/2011
Offender Status:     DEFENDANT
State Code:          AZ

REPORTED CASES
-----------------------------------------------------

[OFFENSE DETAIL]
Offense:             THEFT
Offense Type:        FELONY
Court Case Number:   S-0700-CR-2010006483
```

AISS Background Agency reported correctly so issue is not with court records but with First Advantage 2/22/13

*Page:  1 of 3*

Applicant Name:   CARROLL, NANCY                SSN: ***-**-9999              Control Number: 33305304

```
Court Code:              175
Court Name:              MARICOPA COUNTY SUPERIOR
Court Clerk Phone:       6025063204
Case Category:           CRIMINAL
Disposition Date:        06/09/2011
State Code:              AZ
Source ID:               AZ_AOC
Date Filed:              09/02/2010
Disposition:             COMPL DISMISSED BY CTY ATTY

[OFFENSE DETAIL]
Offense:                 ENDANGERMENT
Offense Type:            MISDEMEANOR
Court Case Number:       S-0700-CR-2010006483
Court Code:              175
Court Name:              MARICOPA COUNTY SUPERIOR
Court Clerk Phone:       6025063204
Case Category:           CRIMINAL
Disposition Date:        05/10/2011
Original Plea:           PLEA TO OTHER CHARGES
State Code:              AZ
Source ID:               AZ_AOC
Date Filed:              09/02/2010
Disposition:             PLEA TO OTHER CHARGES

[OFFENSE DETAIL]
Offense:                 THEFT-MEANS OF TRANSPORTATION
Offense Type:            FELONY
Court Case Number:       S-0700-CR-2010006483
Court Code:              175
Court Name:              MARICOPA COUNTY SUPERIOR
Court Clerk Phone:       6025063204
Case Category:           CRIMINAL
Disposition Date:        06/09/2011
State Code:              AZ
Source ID:               AZ_AOC
Date Filed:              09/02/2010
Disposition:             COMPL DISMISSED BY CTY ATTY
```

The information included in this report is amassed from database sources which may
not contain all current information regarding individuals or events. This
information should not be used in any decision making process until such
information has been verified by the user. No warranty as to the accuracy of the
information from the various database sources is stated or implied.

SOCIAL SECURITY

THIS NUM[redacted]ESTABLISHED FOR

NANCY GERALYN CARROLL

SIGNATURE

ARIZONA

Driver License

NANCY G CARROLL

Class

Eyes

Hair

Number D00513306

Expires 10/16/2021

Date of Birth

Issued 07/30/2004

**HP Officejet 7310**
Personal  Printer/Fax/Copier/Scanner

Log for

Feb  25  2013  1:50PM

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Feb  25 | 1:44PM | Fax  Sent | 18008686247 | 4:19 | 11 | OK |

Exhibit H



*[handwritten, top right]* # 2 from FA since alleged reinvestigation. Still have not updated my records.

**FIRST**Advantage

March 11, 2013

Nancy G Carroll

**Re:  Disputed Consumer Report**

Dear Nancy G Carroll:

As you requested, we have completed our reinvestigation of the information that you disputed in your consumer report. Our inquiries confirmed the information that we have in our files to be accurate *[handwritten: impossible!!!]* according to the furnisher of the information. If you believe this information is either incomplete or inaccurate, you may wish to contact the furnisher of the information:  Maricopa County Superior Court, 222 East Javeline Avenue, Mesa AZ (602) 506-2020.

If the outcome of our reinvestigation does not resolve your dispute, you may submit a brief statement that will be added to your file explaining the nature of your dispute.  If you would like assistance in doing so, you may contact us at the number listed below.  If you decide to provide a brief statement, you may request us to furnish this statement to any person you specifically designate that has within the last two years received from us an employment purpose consumer report that contained the disputed information.

A description of the procedures used to determine the accuracy and completeness of the information, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number of such furnisher, if reasonably available, may be provided to you if you request same.

We have enclosed a copy of "A Summary of Your Rights Under the Fair Credit Reporting Act".  If you are a California resident, we have also included a copy of "A Summary of Your Rights Under California Law".  If you have any questions concerning this matter, please contact the Consumer Relations Department at (800) 321-4473 Extension # 4542.

Sincerely,

Kim Ocasio
Consumer Relations Associate
Enclosures

122.96.7 - Notice of Consumer Dispute - 3/11/2013

Intentionally Blank

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- o  a person has taken adverse action against you because of information in your credit report;
- o  you are the victim of identity theft and place a fraud alert in your file;
- o  your file contains inaccurate information as a result of fraud;
- o  you are on public assistance;
- o  you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates which are not banks, savings associations, or credit unions also should list, in addition to the CFBP | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission Consumer Response Center-FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches/agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember insured banks, insured state branches of foreign banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010 9050<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street S.W.<br>Washington, DC 20423 |
| 5. Creditors subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal land bank associations, Federal intermediate credit banks, and Production credit associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and all other creditors not listed above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center-FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a*
*Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

### Un Resumen de Sus Derechos Bajo el Fair Credit Reporting Act

La Federal Fair Credit Reporting Act (FCRA) promueve la exactitud, justicia y privacidad de la información en los archivos de las agencias de informa del consumidor.  Hay muchos tipos de agencias de informe del consumidor, incluyendo las agencias de crédito y agencias especializadas (como agencias que venden información sobre historial de escritura, registros médicos, e historial de alquiler).  He aquí un resumen de sus principales derechos en virtud de la FCRA. **Para obtener más información, incluyendo información sobre derechos adicionales, visite www.consumerfinance.gov/learnmore o escribe a Consumer Financial Protection Bureau 1700 G Street NW, Washington, DC 20552.**

•       Se le debe informar si la información en su expediente se ha utilizado en su contra.
Cualquier persona que utilice un reporte de crédito u otro tipo de informe de consumidor para denegar su solicitud de crédito, seguro o empleo – o para tomar otra acción adversa contra usted – debe informarle y debe darle el nombre, dirección y número de teléfono de la agencia que suministro la información.

•       **Usted tiene el derecho de saber lo que está en su expediente**.  Puede solicitar y obtener toda la información acerca de usted en los archivos de una agencia de informes del consumidor (su "divulgación de archivos").  Usted tendrá que proporcionar identificación, que puede incluir su número de Seguro Social.  En muchos casos, la divulgación será libre.  Usted tiene derecho a una divulgación gratuita si :
             ° una persona ha emprendido una acción adversa contra usted debido a
información en su                     informe de crédito;
             ° usted ha sido víctima de robo de identidad y hacer una alerta de fraude en su
                     expediente;
             ° su expediente contiene información no exacta como resultado de fraude;
             ° usted recibe asistencia pública;
             ° no está empleado, pero anticipa solicitar empleo en 60 días

En adición, todos los consumidores tienen derecho a una divulgación cada 12 meses si así lo solicitan a cada agencia de crédito nacional y de las agencias nacionales de informe del consumidor.  Visite www.consumerfinance.gov/learnmore para obtener información adicional.

•       **Usted tiene derecho a pedir su puntuación de crédito.**  Las puntuaciones de crédito son resúmenes numéricos de su valía de crédito basados en información de las agencias de crédito.  Usted puede solicitar una puntuación de crédito de agencias de informe del consumidor que crean puntuaciones o distribuyen las puntuaciones utilizadas en préstamos de bienes raíces residenciales, pero tendrá que pagar por ello. En algunas transacciones hipotecarias, recibirá información de puntuación de crédito de forma gratuita desde el prestamista hipotecario.

• **Usted tiene el derecho de confrontar información incompleta o inexacta.** Sí identifica información en su expediente que es incompleta o inexacta, y las reporta a la agencia de informes del consumidor, la agencia debe investigar a menos que su confrontación sea frívola. Visite www.consumerfinance.gov/learnmore para una explicación de los procedimientos de solución.

• **Agencias de informe del consumidor deben corregir o eliminar información inexacta, incompleta o no verificable.** La información inexacta, incompleta o no verificable debe ser retirada o corregida, generalmente dentro de 30 días. Sin embargo, una agencia de informe del consumidor puede seguir reportando información si ha verificado su exactitud.

• **Agencias de informe del consumidor no pueden reportar información negativa atrasada.** En la mayoría de los casos, una agencia de informe del consumidor no pueden reportar información negativa ocurrida hace mas de 7 años, no quiebras ocurridas hace mas de 10 años de edad.

• **El acceso a su expediente es limitado.** Una agencia de informe del consumidor puede proporcionar información sobre usted solamente a personas que realmente la necesiten – generalmente para considerar una solicitud con acreedor, asegurador, empleador, propietario de vivienda u otro negocio. La FCRA especifica que tienen una necesidad valida de acceso.

• **Usted debe dar su consentimiento para que los informes que se proporcionen a los empleadores.** Una agencia de informe del consumidor no puede dar información sobre usted a su empleador, o a un posible empleador, sin su consentimiento escrito previo otorgado al empleador. Consentimiento escrito generalmente no es requerido en la industria de camiones. Para obtener información, visite www.consumerfinance.gov/learnmore.

• **Usted puede limitar "preseleccionadas" ofertas de crédito y seguro que obtiene basadas en información en su informe de crédito.** No solicitadas "preseleccionadas" ofertas de crédito y seguro deben incluir un número de teléfono gratuito al que puede llamar si desea eliminar su nombre y dirección de las listas de estas ofertas se basan. Usted puede optar por las agencias de crédito llamando al 1-888-5-OPTOUT (1-888-567-8688).

• **Usted puede buscar una compensación de los acreedores.** Si una agencia de informe del consumidor, o, en algunos casos, un usuario de informes del consumidor o proveedor de información en una agencia de informe del consumidor infringe la FCRA, usted puede ser capaz de demanda en una corte estatal o federal.

• **Víctimas de robo de identidad y el personal militar activo tienen derechos adicionales impuestos.** Para obtener más información, visite www.consumerfinance.gov/learnmore.

**Los estados pueden cumplir la FCRA, y muchos estados tienen sus propias leyes de informes de los consumidores. En algunos casos, usted puede tener más derechos bajo la ley estatal. Para obtener más información, póngase en contacto con su agencia estatal o local de protección del consumidor o su Fiscal General del Estado. Agencias a nivel federal son:**

| TIPO DE NEGOCIO : | CONTACTO : |
|---|---|
| 1.<br>    a. Los bancos, asociaciones de ahorro y cooperativas de crédito con activos totales de más de $10 mil millones y sus afiliares<br><br>b. Dichas filiales que no son bancos, asociaciones de ahorro o cooperativas de crédito también debe indicar, además de la CFPB | a. Consumer Financial Protection Bureau<br>1700 G Street NW  Washington, DC 20552<br><br><br>b. Federal Trade Commission Consumer Response Center-FCRA  Washington, DC 20580<br>(877) 382-4357 |
| 2. Si no desea que estén comprendidos en el punto 1 anterior :<br><br>a. Los bancos nacionales, federales, asociaciones de ahorro y sucursales / agencias federales de bancos extranjeros<br><br>b. Los bancos estatales miembros, las sucursales y agencias de bancos extranjeros (que no sean poderes federales, agencias federales, estatales y ramas asegurados de los bancos extranjeros), las compañías de préstamos comerciales de propiedad o controladas por bancos extranjeros y las organizaciones que operan al amparo del artículo 25 o 25A de la Reserva Federal actual<br><br>c. No miembro bancos asegurados, ramas estatales asegurados de los bancos extranjeros y asegurados asociaciones estatales de ahorro<br><br><br>d. Las Cooperativas de Crédito | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010 9050<br><br>b. De la Reserva Federal de Ayuda al Consumidor del Centro<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Compañías Aéreas | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue  S.E.<br>Washington, DC 20590 |
| 4. Los acreedores sujetos a la Junta de Transporte Terrestre | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street S.W.<br>Washington, DC 20423 |
| 5. Los acreedores sujetos a los Packers y Stockyards Act | Más cercano Packers y Stockyards supervisor de área Administración |
| 6. Pequeñas Empresas de Inversión | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W. 8th Floor<br>Washington, DC 20416 |
| 7. Agentes y Concesionarios | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Bancos Federales de Tierras Federales, asociaciones de Bancos de Tierras, los Bancos Federales de crédito y las asociaciones intermedias de Producción crédito | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Minoristas, compañías financiera, y los restantes acreedores no mencionados anteriormente | FTC Regional Office para la region en la que opera el acreedor o la Federal Trade Commussion : Consumer Center – FCRA  Washington, DC  20580<br>(877) 382-4357 |

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C., 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft.  Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud.  For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name.  For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street, N.W. Washington, D.C., 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft**. A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   - Equifax: 1-800-525-6285; www.equifax.com
   - Experian: 1-800-EXPERIAN (397-3742); www.experian.com
   - TransUnion: 1-800-680-7289; www.transunion.com

An initial fraud alert stays in your file for at least 90 days.  An extended alert stays in your file for seven years.  To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number.  If you ask for an extended alert, you will have to provide an *identity theft report.* An *identity theft report* includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit.  For more detailed information about the *identity theft report*, visit www.consumerfinance.gov.learnmore.

2. **You have the right to free copies of the information in your file (your "file disclosure").**  An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert.  These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address.  Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft.  You also have the ability to obtain

additional free file disclosures under other provisions of the FCRA.  See www.consumerfinance.gov/learnmore.

3.  **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

4.  **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

5.  **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them.  Information about the unpaid bills may appear on your consumer report.  Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your *identity theft report*. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you.  If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

6.  **You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an *identity theft report*.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state attorney general.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

**For Arizona Residents:**

## Notice

A consumer reporting agency shall, upon your request, clearly and accurately disclose all information in your consumer file at the time of request, except medical information may be withheld.  The agency shall inform you of the existence of medical information and you have the right to have that information disclosed to the health care provider of your choice.  Nothing in this rule prevents or authorizes a consumer reporting agency to prevent the health care provider from disclosing the medical information to you.  You have the right to disclosure of medical information at the time you request disclosure of your file.

**If you wish to contact First Advantage please call:  800-321-4473.**

< INSERT REPORTS HERE >

016H265195546

$00.660

03/11/2013

Mailed From  46240
US POSTAGE

Hasler

Personal & Confidential

850225070022

**FIRSTAdvantage**

BetterHires | BetterBusiness

Consumer Relations
P.O. Box 50465
Indianapolis, IN 46209-1002

Exhibit I



**Pre-Employment/Security Screening**
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

### NOTICE

**The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the Report.**

**In California an investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures.**

Information contained herein should not be the sole determination in the evaluation of this individual. All other factors, references and current situations should be considered. Notwithstanding anything to the contrary, human error in compiling this information is possible. The FCRA requires certain actions if you take adverse action based in whole or in part on this report. See the Terms of Use, the FCRA or call First Advantage for procedures.

Please note that the portion of the disclaimer included in this report relating to the Fair Credit Reporting Act is not applicable to results reported with regard to the DOT rule contained in 49 CFR Part 40.25, and the DOT/FMCSA rules contained in FMCSR Parts 382 and 391 relating to Past Drug and Alcohol and Safety Performance Checks.

```
Account #      : 1751191                  Case ID        : 15093510
Client Name    : CVS CAREMARK             Order Date     : 02/14/2013
Attention      : CVSXML USER              Completed Date : 02/20/2013
                                          Updated Date   : 04/05/2013
Cost Codes     : Loc_Code_New: OF117
                 Requestor_Email: Ryan.Avril@caremark.com
```

*[handwritten: FA still inaccurate reporting to CVS 3rd time]*

#### Candidate Information

```
Name           : Carroll, Nancy G
Address        :

SSN            :

Admitted Charge : Misd Endangerment
                  Misdemeanor
                  Phoenix, AZ, US
                  County:            MARICOPA
                  Offense Date:      07/2008
                  Sentence Date:     06/2011
                  Disposition:       Plead Guilty
                  Disposition Date:  06/2011
```

*[handwritten: ① initial report 2/20/13  ② reinvestigate 2/25/13  ③ last report 4/5/13  All 3 reports still inaccurate]*

#### APPROVAL NOTES



**FIRST**Advantage
*Facts first.*

**Pre-Employment/Security Screening**
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

**Approval Notes :** This applicant is not eligible for hire.

## Background Summary

| Category | Description | Status |
|---|---|---|
| Employment | CVS Caremark | PASS |
| Employment | Law Docs Express Incorporated | PASS |
| Education | The Way International | PASS |
| SSN | | PASS |
| NationScan Plus Records | NationScan Plus Records | PASS |
| County Criminal | County Criminal | PROVISIONAL |
| Federal Criminal | Federal Criminal | PASS |
| FACIS | | PASS |

## Employment Verification

**Employer**    : CVS Caremark
**Location**    : Scottsdale, AZ US
**Status**      : PASS

| | Submitted | Verified |
|---|---|---|
| Date of Hire | 09/2012 | See Below |
| Date of Separation | 01/2013 | See Below |
| End Title | Med D Marketing Analyst | See Below |
| End Compensation | 42000 | See Below |
| Reason for Leaving | Contract completed. Seeking permanent employment with Caremark internally. | See Below |

**Comments**    : [02/14/2013 6:46 AM PST]: Not verified per order.

**Employer**    : Law Docs Express Incorporated
**Location**    : Atlanta, GA US
**Status**      : PASS

| | Submitted | Verified |
|---|---|---|
| Date of Hire | 01/1995 | Verified |
| Date of Separation | 09/2012 | Verified |
| End Title | Paralegal | Verified |
| End Compensation | 55000 | Information Not Available |
| Reason for Leaving | New potential career opportunity in healthcare at Caremark/state of economy | Information Not Available |

**Comments**    : [02/14/2013 12:58 PM PST]: The information provided by the applicant was verified as accurate by Catherine Massey, Owner, 678-296-2797.

## Education Verification



**Pre-Employment/Security Screening**
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

| Institution | : | The Way International |
| Location | : | New Knoxville, OH US |
| Status | : | PASS |

|  | Submitted | Verified |
|---|---|---|
| Degree | Associate of Arts | Associate of Theology |
| Degree Date | 05/1985 | 1985 |
| Major | Theology | Wayne Corts |
| Start Date | 09/1979 | Information Not Available |
| End Date | 05/1985 | Information Not Available |

Comments       :   [04/04/2013 1:08 PM PDT]: The information provided by the
                   applicant was verified as accurate by Lana U., Secretary,
                   419-753-1138.

                   [02/19/2013 12:51 PM PST]: We have left messages for the
                   provided contact, 419-753-2523, with no return call to
                   date. If and when any information is received, we will
                   supplement this report with our findings.

                   [02/15/2013 1:39 PM PST]: Left message for Registrar,
                   419-753-2523.

                   [02/14/2013 1:08 PM PST]: Left message for Unidentified
                   Voicemail, 419-753-2523. We are currently researching
                   multiple sources in order to locate an alternate telephone
                   number. We will continue our attempts and supplement our
                   report with our findings.

**This information was updated on 04/05/2013 .**

## SSN Verification

| Vendor | : | EXPERIAN |
| Social Security # | : | |
| Name | : | CARROLL, NANCY G |

**Report Date**                    **Address(es)**
2012-12-06
2006-30-08

1997-15-06
2012-21-12

**Reported Aliases**

CARROLL, NANCY
REED, NANCY G
CARROLL, NANCI

**Employment Data Reported**

| Employer | : | LAW DOCS EXPRESS |
| Date Verified: | : | notKnown |



**FIRST**Advantage
*Facts first.*

Pre-Employment/Security Screening
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

```
Employer         :  LAWDOCS
Date Verified:   :  notKnown
```

**Alerts:**

INPUT SSN ISSUED 1970-1973. FROM 2012-11-01 INQ COUNT FOR SSN=4.

## NationScan Plus Verification

A nationscan was run under the name  Nancy Carroll  with the following
result:

Results          :  NO RECORD FOUND

A nationscan was run under the name  Nancy Reed  with the following result:

Results          :  NO RECORD FOUND

## Courts Verification

The following courts were researched with the following results:

```
RESULTS          :  Completed
NAME             :  Carroll Nancy
```

RESULTS:

                      FEDERAL CRIMINAL SEARCH
------------------------------------------------------------------------
```
Name             :  NANCY G CARROLL
Reference Number :  39170181

State            :  AZ
Court Searched   :  DISTRICT OF ARIZONA
Records Searched :  FEDERAL CRIMINAL
Years Checked    :  LAST 7 YEARS
Result           :  NO RECORDS FOUND
```

```
RESULTS          :  Completed
NAME             :  Reed Nancy
```

RESULTS:
                      FEDERAL CRIMINAL SEARCH
------------------------------------------------------------------------
```
Name             :  NANCY REED
Reference Number :  39170182

State            :  AZ
```



**Pre-Employment/Security Screening**
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

```
Court Searched         :    DISTRICT OF ARIZONA
Records Searched       :    FEDERAL CRIMINAL
Years Checked          :    LAST 7 YEARS
Result                 :    NO RECORDS FOUND


RESULTS                :    Completed
NAME                   :    Carroll Nancy


RESULTS:
-------------------------------------------------------------------------
PRSI# 40650794
FADV# 39170187
NAME: CARROLL, NANCY
-------------------------------------------------------------------------
COURT SERVICES

COMMENTS: Criminal court records were researched in
MARICOPA County, AZ, with the following results obtained:

COURT          :    MARICOPA SUPERIOR/JUSTICE-(F&M)
DATE           :    2/14/2006-2/14/2013
RESULTS        :    RECORDS FOUND

CASE NUMBER :       CR2010-006483
Type        :       FELONY REDUCED TO MISDEMEANOR
Date Filed  :       9/2/2010
Charge      :       THEFT FROM VULNERABLE ADULT AMENDED TO
                    ENDANGERMENT
Offense Date :      9/2/2010
Arrest Date :       N/A
Disposition :       6/9/2011     GUILTY
Sentence    :       PROBATION: 3 YEARS / UNSUPERVISED
                    SUBMIT TO DNA TESTING
                    FEES

Other ID    :       NOT PROVIDED

COMMENTS    :       THE ABOVE RECORD WAS CONFIRMED BY NAME, DOB

-------------------------------------------------------------------------
RESULTS            :    Completed
NAME               :    Reed Nancy


RESULTS:
-------------------------------------------------------------------------
PRSI# 40650795
FADV# 39170180
NAME: REED, NANCY
-------------------------------------------------------------------------
COURT SERVICES

COMMENTS: Criminal court records were researched in
MARICOPA County, AZ, with the following results obtained:
```

*[handwritten annotation:] False / inaccurate*

*[handwritten annotation:] Expunged per Court ME. Why was this even reported ???*


**FIRST**Advantage
*Facts first.*

```
COURT      :   MARICOPA SUPERIOR/JUSTICE-(F&M)
DATE       :   2/14/2006-2/14/2013
RESULTS    :   NO RECORDS FOUND
```
------------------------------------------------------------------------------

### Watches and Sanctions

COMMENTS: The following Watches and Sanctions databases were researched for " Carroll, Nancy", with No Records Found:

FACIS LEVEL 3

COMMENTS: The following Watches and Sanctions databases were researched for " Reed, Nancy", with No Records Found:

FACIS LEVEL 3

### NOTICE

Where court results indicate that records were found be aware that even though some or all of the identifiers in the court records found match the identifiers you provided, this is not conclusive proof that the record(s) belong to this individual. There is only a probability that these matching demographic identifiers in the court record(s) belong to the subject of the report.

Where the court results indicate that records were not found one or more of the following conditions existed: (1) the identifiers provided did not match or were insufficient to match the identifiers in a record (if there are additional identifiers, such as middle name, addresses, aliases, drivers license number, etc. you may reorder the search); (2) There were records found, but are not reportable due to the following: (a) Pursuant to your requirements; (b) Pursuant to certain FCRA limitations; or (c) Pursuant to certain state limitations. Please contact us if you have further questions.

Please Note: This report does not include non-conviction records (unless otherwise excepted or exempted). Pending cases are included where available. If you have any questions, please contact Client Services.

Legend:
- Adverse, Does not meet hiring requirements, Does not meet minimums, Fail, Hit, Rejected, or any other client-specified verbiage may be used interchangeably.

- Approved, Clear, Meets Hiring Requirements, Meets minimums, Pass, or any other client-specified verbiage may be used interchangeably.

- Cancelled, Incomplete, Information Outstanding, Not Verified, Pending, Review, Unable to Contact, Unconfirmed, or any other client-specified verbiage may be used



Pre-Employment/Security Screening
**CONFIDENTIAL**
Case ID: 15093510
Candidate: Carroll, Nancy

interchangeably.

NationScan Criminal Index (Scan) is a tool to scan a variety of databases and is not a substitute for an up-to-date criminal court records search. It can only be used to determine in which *jurisdictions to* conduct a more complete background check. The information in the Scan may not have the most current information, may not be updated, may not be complete, may not relate to your applicant, may not report all criminal activity your applicant may have been involved in, may not satisfy your legal obligations, and may not be accurate. Therefore, any information in the Scan, in whole or in part, shall not be used solely by itself to make an employment decision. First Advantage is not liable for any of your employment decisions. Your decisions should not be based on information that is not current or that has not been verified. It is your sole responsibility to verify the information that is provided herein. (You may order a county criminal search from First Advantage to help in your verification process.)

Due to the nature of public records and demographic identifiers, THE RESULTS MAY NOT BE THE SAME PERSON AS YOUR APPLICANT even though records are selected based on an exact first and last name plus an exact match on either the date of birth or the social security number. Scans and searches conducted on people with common names may be difficult to distinguish from records on another person. The results do not include aliases or maiden names that may be scanned and charged separately. The results are only of conviction or pending records from the databases within at least the last 7 years or as available. The information in the Scan is provided "AS-IS". First Advantage does not guarantee, warrant or assume any responsibility for the accuracy of the information obtained from the sources and shall not be liable for any losses or injuries now or in the future resulting from or relating to the information provided in the Scan. You agree to use the Scan in compliance with any and all applicable laws and regulations including the Fair Credit Reporting Act. Without notice and at any time, databases may be added or deleted and the data within the database scanned may change.

(This is only a summary; please refer to the Terms of Use.)

<div align="center">The Consumer Report concludes here.</div>

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau 1700 G Street N.W., Washington, D.C. 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General.  For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552 |
| b. Such affiliates which are not banks, savings associations, or credit unions  also should list, in addition  to the CFBP | b. Federal Trade Commission Consumer Response *Center-FCRA*<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches/agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010 9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480 |
| c. Nonmember insured banks, insured state branches of foreign banks, and insured state savings associations | c. FDIC Consumer Response Center<br>1100 Walnut Street Box  #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street S.W.<br>Washington, DC 20423 |
| 5. *Creditors* subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal land bank associations, Federal intermediate credit banks, and Production credit associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and all other creditors not listed above | FTC Regional Office for region in which the creditor operates or<br>Federal Trade Commission: Consumer Response Center-FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

**For Arizona Residents:**

## Notice

A *consumer reporting* agency shall, upon your request, clearly and accurately disclose all information in your consumer file at the time of request, except medical information may be withheld.  The agency shall inform you of the existence of medical information and you have the right to have that information disclosed to the health care provider of your choice.  Nothing in this rule prevents or authorizes a consumer reporting agency to prevent the health care provider from disclosing the medical information to you.  You have the right to disclosure of medical information at the time you request disclosure of your file.

**If you wish to contact First Advantage please call:  800-321-4473.**