Stephen M. Dichter, SBN 004043
Alison R. Christian, SBN 025410
**CHRISTIAN DICHTER & SLUGA, P.C.**
2700 North Central Avenue, Suite 1200
Phoenix, Arizona  85004
Telephone:  (602) 792-1700
Facsimile:  (602) 792-1710
sdichter@hcdslaw.com
achristian@hcdslaw.com

Jason A. Spak *(admitted pro hac vice)*
**PICADIO SNEATH MILLER & NORTON, P.C.**
Four Gateway Center
444 Liberty Avenue, Suite 1105
Pittsburgh, PA  15222
Telephone:  (412) 288-4385
Facsimile:  (412) 288-2405
jspak@psmn.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Carroll,<br><br>            Plaintiff,<br><br> vs.<br><br>First Advantage Background Services Corporation.,<br><br>            Defendant. | No. 2:13-cv-00821-GMS<br><br>**NOTICE OF SERVICE OF FIRST ADVANTAGE BACKGROUND SERVICES CORPORATION'S RESPONSES TO DISCOVERY** |

Defendant First Advantage Background Services Corporation, through undersigned counsel, hereby gives notice that it served its Responses to Plaintiff's First Set of Discovery via email upon counsel for Plaintiff on September 16, 2013 and its Responses to Plaintiff's Second Set of Discovery via email upon counsel for Plaintiff on October 7, 2013.

1
2      **PICADIO SNEATH MILLER & NORTON, P.C.**
3
       By  /s/
4         Jason A. Spak (admitted *pro hac vice*)
          Four Gateway Center
5         444 Liberty Avenue, Suite 1105
          Pittsburgh, PA  15222
6
        *Counsel for Defendant FABSC*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2013 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system, which will effect service upon the parties and counsel of record, including:

Hyung S. Choi
CHOI & FABIAN, PLC
90 S. Kyrene Rd., Suite #5
Chandler, AZ  85226
hyung@choiandfabian.com
*Attorneys for Plaintiff*

Stephen M. Dichter
Alison R. Christian
**CHRISTIAN DICHTER & SLUGA, P.C.**
2700 North Central Avenue, Suite 1200
Phoenix, Arizona  85004
sdichter@hcdslaw.com
achristian@hcdslaw.com
*Co-Counsel for FABSC*

/s/

Jason A. Spak
*National Counsel for FABSC*