Hyung S. Choi, State Bar # 015669
CHOI & FABIAN, PLC
90 S. Kyrene Rd, Suite #5
Chandler, AZ 85226
Tel: (480) 517-1400
Fax: (480) 517-6955
Hyung@choiandfabian.com
Attorneys for Plaintiff Nancy Carroll

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Carroll,<br><br>Plaintiff,<br><br>vs.<br><br>First Advantage Background Services Corp.; and SJV & Associates, LLC,<br><br>Defendants. | Case No.: 2:13-cv-00821-GMS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(a)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through counsel, stipulate and agree that this action be dismissed with prejudice, each party to bear their own costs and attorneys' fees. Defendant SJV & Associates, LLC has not made an appearance. The parties are aware that this Case was terminated today and apologize for delay in filing this stipulation. Completion of the settlement took longer than contemplated.

RESPECTFULLY SUBMITTED on December __, 2013.

CHOI & FABIAN, PLC                    PICADIO SNEATH MILLER & NORTON, P.C.

 */s/*                                  */s/*
Hyung S. Choi                         Jason A. Spak
Attorneys for Plaintiff               National counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jason A. Spak
PICADIO SNEATH MILLER & NORTON, P.C.
Four Gateway Center
444 Liberty Avenue Suite 1105
Pittsburgh, PA 15222
jspak@psmn.com
*National Counsel for Defendant First Advantage*

CHOI & FABIAN, PLC


 */s/ Rosy Sandoval*
Legal Assistant